CHERYL FIELD-LANG, Esq.
NV State Bar No. 2219
935 Jones Street
Reno, Nevada 89503
(775) 323-7896

Counsel for Defendant
STACY DEMING

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACY AMANDA DEMING,<br><br>Defendant. | Case No. 3:24-CR-00013-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between PENELOPE BRADY, counsel for the United States, and CHERYL FIELD-LANG, counsel for STACY AMANDA DEMING, that the Hearing on the Supervised Release Violation Petitions, currently scheduled on March 4, 2025, at 10:00 a.m., be continued to March 25, 2025, at 10:00 a.m.

A continuance of Ms. Deming's Revocation Hearing will further the ends of justice in this matter. Ms. Deming is currently in custody and consents to a continuance.

This is the first request for a continuance in this matter.

DATED this 26th day of February, 2025.


 /s/ *Penelope Brady*                              /s/ *Cheryl Field-Lang*
PENELOPE BRADY, Asst. U.S. Attorney   CHERYL FIELD-LANG, Esq.
Counsel for Government                        Counsel for Defendant

/////

Deming/cont-revo.stp

ORDER

Based upon the Stipulation of the parties above and GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the Revocation Hearing currently scheduled on March 4, 2025, at 10:00 a.m., be continued to March 25, 2025, at 10:00 a.m

_____
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2025